IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **ADEDAYO OLUWAKAYODE ADEKSON,** : <br> 4402 Marble Hall Road, Apt. 296 : <br> Baltimore, MD 21218 : <br>  : <br> **Plaintiff,** : <br>  : <br> v. : <br>  : <br> **COMCAST CABLE COMMUNICATIONS,** : <br> **LLC** : <br> 1701 JFK Blvd. : <br> Philadelphia, PA 19103 : <br>  : <br> **Defendant.** : <br>  : | Case No.: 1:25-cv-01660 |

## NOTICE OF REMOVAL

Defendant Comcast Cable Communications, LLC ("Comcast"), removes this case, originally filed in the Circuit Court for Baltimore City, Maryland, Case No. C-24-CV-25-002665, to the United States District Court for the District of Maryland, Northern Division. This action is removable pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff Adedayo Oluwakayode Adekson ("Plaintiff") and Comcast, and the amount in controversy exceeds $75,000. The grounds for removal are as follows:

**I. Procedural Background**

1. On April 1, 2025, Plaintiff filed his Complaint against Comcast in the Circuit Court for Baltimore City, Maryland, in the civil action styled *Adedayo Adekson v. Comcast Cable Communications, LLC*, Case No. C-24-CV-25-002665. On April 7, 2025, Plaintiff filed an

Amended Complaint.  A true and correct copy of Plaintiff's Complaint, the Amended Complaint,[1] Summons, State Court Docket Sheet, and Civil Case Cover Sheet are attached hereto collectively as Exhibit A.

2.      On April 24, 2025, Plaintiff served the Complaint on Comcast.  Accordingly, the Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3.      Comcast has filed no responsive pleadings.

4.      Promptly after filing this Notice of Removal, Comcast will give written notice to Plaintiff, who is the only adverse party, and will file a copy of this Notice with the Clerk of the Circuit Court for Baltimore City, Maryland, pursuant to 28 U.S.C. § 1446(d).

**II.     Diversity Jurisdiction**

5.      This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1), which provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—(1) citizens of different states."

6.      This case satisfies the requirement of complete diversity.  Plaintiff is citizen of Maryland.  Am. Compl. § 1.

7.      Comcast Cable Communications, LLC is a limited liability company formed under the laws of the State of Delaware, with its principal place of business located at 1701 John F. Kennedy Boulevard, Philadelphia, Pennsylvania 19103.  "[A] limited liability corporation is a citizen of the state or states of which its members are citizens." *JBG/JER Shady Grove, LLC v. Eastman Kodak Co.*, 127 F. Supp. 2d 700, 701 (D. Md. 2001).  Comcast Cable Communications

---

[1] Comcast notes that Plaintiff's Amended Complaint fails to comply with Rule 10(b), in that the Complaint does not state Plaintiff's claims in numbered paragraphs.  Comcast also notes that while the Amended Complaint references a number of exhibits, Plaintiff failed to serve exhibits on Comcast.

2

LLC's sole member is Comcast Holdings Corporation, a Pennsylvania corporation, with its principal place of business located at 1701 John F. Kennedy Boulevard, Philadelphia, Pennsylvania 19103. For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business." *Hoschar v. Appalachian Power Co.*, 739 F.3d 163, 170 (4th Cir. 2014) (quoting 28 U.S.C. § 1332(c)(1)). A corporation's principal place of business is "where a corporation's officers direct, control, and coordinate the corporation's activities," which is generally "the place where the corporation maintains its headquarters." *Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010); *see also Cent. W. Va. Energy v. Mt. State Carbon, LLC*, 636 F.3d 101, 104 (4th Cir. 2011) ("for purposes of diversity jurisdiction, a corporation's principal place of business is always its 'nerve center'"). Thus, for diversity purposes, Comcast is a citizen of Pennsylvania and Delaware.

8. Accordingly, Comcast is not a citizen of Maryland.

9. Because Comcast is not a citizen of Maryland, the parties are completely diverse.

10. Plaintiff seeks $100,000 in damages. Am. Compl. § 4. The $75,000 amount-in-controversy requirement is satisfied. 28 U.S.C. § 1332(a).

11. The United States District Court for the District of Maryland, Northern Division, is the federal district and division embracing the Circuit Court for Baltimore City, Maryland. *See* 28 U.S.C. § 100(1).

**III.   No Waiver**

12. In filing this Notice of Removal, Comcast does not waive and specifically reserves any and all defenses, exceptions, rights, motions, and pleas, including those concerning service, venue, jurisdiction, or any other objections it may have. No statement or omission in this Notice

of Removal shall be deemed an admission of any allegations or damages sought in the Amended Complaint. Comcast reserves the right to amend this Notice of Removal.

### IV.    Conclusion

13.    Accordingly, the State Court Action pending in the Circuit Court for Baltimore City, Maryland, is hereby removed to the United States District Court for the District of Maryland, Northern Division.

Dated: May 23, 2025.                                                                    Respectfully submitted,

*/s/ Patrick J. Curran Jr.*
Patrick J. Curran Jr. (Bar No. 18872)
Soraya Mohamed (*pro hac vice* forthcoming)
DAVIS WRIGHT TREMAINE, LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
(202) 973-4200
patcurran@dwt.com
sorayamohamed@dwt.com

*Counsel for Defendant*
*Comcast Cable Communications, LLC*

5

**CERTIFICATE OF SERVICE**

    I, Patrick J. Curran Jr., hereby certify that that on May 23, 2025, a copy of the foregoing was served via electronic and first-class mail, postage prepaid, upon:

Adedayo Oluwakayode Adekson
4402 Marble Hall Road, Apt. 296
Baltimore, MD 21218
Adedayo.adekson@proton.me

*Plaintiff*

                                                    */s/ Patrick J. Curran Jr.*
                                                  Patrick J. Curran Jr.